JLS:nab
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

MATTHEW LEE RUPERT

Case No. 20-mj-344 BRT

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 29, 2020, in Hennepin County, in the State and District of Minnesota, defendant Matthew Lee Rupert did:

> move and travel in interstate and foreign commerce from the State of Illinois to Minneapolis, Minnesota, and elsewhere, and use a facility of interstate commerce, to organize, promote, encourage, participate in, and carry on a riot; interfere with any law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce; knowingly possess a firearm—namely, a commercial item with a cylindrical container, hobby fuse, and a main charge capable of exploding (destructive device), which is not registered to him in the National Firearms Registration and Transfer Record,

all in violation of Title 18, United States Code, Sections 231(a)(3), Title 18, United States Code, Section 2101, and Title 26, United States Code, Sections 5845(f), 5861(d), and 5871.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

F.M. Stephens, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence. by Reliable electronic means (Facetime & email) pursuant to Fed. R. Crim. P. 41

Date: June 1, 2020

_____
Judge's signature

City and state:   St. Paul, MN

Becky R. Thorson, U.S. Magistrate Judge
Printed name and title